IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC KASHKASHIAN,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| PAUL LAGANA, *et al.*,<br>Defendants. | : | NO. 18-1591 |

## ORDER

AND NOW, this 23rd day of April, 2018, upon consideration of Mr. Kashkashian's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* Complaint (ECF No. 2), and his Motion for Appointment of Counsel (ECF No. 3), it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff, Eric Kashkashian, #106419, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Mr. Kashkashian, which reflects that he does not currently have an account at Norristown State Hospital, he is not assessed an initial partial filing fee. In each month when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid, assuming he has an account at the institution where he is being held. Each payment shall reference the docket number for this case, Civil Action No. 18-1591.

3. The Clerk of Court is directed to send a copy of this order to the Warden or other appropriate official at Norristown State Hospital.

4. The complaint is DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

5. The Motion for Appointment of Counsel is DENIED.

6. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.